**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Marisa Roche Lopez, et al.
Plaintiff,
v.
Officer Hiresh #19176, et al.
Defendant.

Case No.: 1:25−cv−15780
Honorable Sharon Johnson Coleman

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 8/24/2026. Counsel for plaintiff reported that the case has settled and plaintiff will be filing a motion for approval of settlement. Counsel for defendants reported that the settlement will need to be approved by the Board. The Court will wait until plaintiff's file the motion for approval of settlement. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.